**B1 (Official Form 1)(4/10)**

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> **RDK Truck Sales & Service, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) <br> **59-3446870** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> **3214 Adamo Dr.** <br> **Tampa, FL** <br> ZIP Code **33605** | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code |
| County of Residence or of the Principal Place of Business: <br> **Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **RDK Truck Sales & Service, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **RDK Truck Sales & Service, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Alberto F. Gomez, Jr.**
Signature of Attorney for Debtor(s)

**Alberto F. Gomez, Jr. 784486**
Printed Name of Attorney for Debtor(s)

**Morse & Gomez, PA**
Firm Name

**119 S. Dakota Ave.**
**Tampa, FL 33606**

_____
Address

**Email: agomez@morsegomez.com**
**813-301-1000 Fax: 813-301-1001**
Telephone Number

**February 1, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Richard D. Kemner**
Signature of Authorized Individual

**Richard D. Kemner**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 1, 2011**
Date

# United States Bankruptcy Court
## Middle District of Florida

In re **RDK Truck Sales & Service, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 1, 2011**

**/s/ Richard D. Kemner**
**Richard D. Kemner**/**President**
Signer/Title

| | | |
|---|---|---|
| RDK Truck Sales & Service, Inc.<br>3214 Adamo Dr.<br>Tampa, FL 33605 | Arlington Salvage & Wrecker<br>5840 Arlington Road<br>Jacksonville, FL 32211 | Caster Ranch, Inc.<br>701 Charleston Ave<br>Mattoon, IL 61938 |
| Alberto F. Gomez, Jr.<br>Morse & Gomez, PA<br>119 S. Dakota Ave.<br>Tampa, FL 33606 | ATS Specialized, Inc.<br>725 Opportunity Drive<br>Saint Cloud, MN 56301 | Central Industries, Inc.<br>11433 Cronridge Dr. #F<br>Owings Mills, MD 21117 |
| 1st Source Bank<br>100 N. Michigan Street<br>South Bend, IN 46601 | Barloworld Handling, LP<br>3915 N. Highway 301<br>Tampa, FL 33619 | Cobb Auto Glass, Inc<br>27251 SR 54 Ste B-14, # 523<br>Wesley Chapel, FL 33544 |
| Adamo Realty Management, LLC<br>3214 Adamo Dr.<br>Tampa, FL 33605 | Bartow Ford<br>2800 US Highway 98 N.<br>Lakeland, FL 33803 | Coleman Tool Manufacturing<br>1625 Leider Dr<br>Union Grove, WI 53182 |
| American Express Corporate<br>PO Box 360001<br>Ft. Lauderdale, FL 33336 | Bay Cities Bank<br>2202 N. Westshore Blvd.<br>Suite 150<br>Tampa, FL 33607 | Commercial Truck & Trailer<br>6801 E Broadway<br>Tampa, FL 33619 |
| American Frame Central FL<br>5710 Causeway Blvd.<br>Tampa, FL 33619 | Best Metal Products Company<br>3570 Raleigh Dr SE<br>Grand Rapids, MI 49512 | Coyote Environmental Inc.<br>4017 Cross Timber Rd<br>Burleson, TX 76028 |
| American Waste Digest<br>226 King Street<br>Pottstown, PA 19464 | Bingham On-Site Sewers Inc<br>PO Box 749<br>Dover, FL 33527 | Crumpton Welding Supply Equip<br>1602 34th ST<br>Tampa, FL 33605 |
| Andy Kemner Parts & Service<br>12011 Baytree Drive<br>Riverview, FL 33569 | Boulevard Tire Center<br>816 S Woodland Blvd<br>Deland, FL 32720 | D.O.T. Tiedown, Inc.<br>436 Saco Lowell Rd<br>Easley, SC 29640 |
| Aramark Uniform Serivces Inc<br>2817 N. 35th Street<br>Tampa, FL 33605 | Carolina Chain & Cable, Inc<br>2630 Yonkers Road Ste 106<br>Philadelphia, PA 19175 | Dalton Bearing & Hydraulic<br>P.O. Box 393<br>BLAINE, TN 37709 |

| | | |
|---|---|---|
| Del Hydraulics Inc<br>571 Howard ST<br>Buffalo, NY 14206 | Fleet Pride Inc<br>2141 Whitfield Pk Loop<br>Sarasota, FL 34243 | GE Capital Corp<br>PO Box 140849<br>Irving, TX 75014 |
| Donovan Enterprises Inc<br>3353 SE Gran Park Wy<br>Stuart, FL 34997 | Fleet Products Inc<br>6510 Golden Groves Ln<br>Tampa, FL 33610 | Global Hose & Hydraulics Inc<br>11611 NW 55th Pl<br>Gainesville, FL 32653 |
| Duane Morris<br>30 S. 17th ST.<br>Philadelphia, PA 19103 | Flodraulic Group, Inc<br>PO Box 634091<br>Cincinnati, OH 45263 | Griffin Service Corp<br>606 N Gilchrist Ave<br>Tampa, FL 33606 |
| E-Z Pack Holdings, LLC<br>200 Ladish Road<br>Cynthiana, KY 41031 | Florida Dept. of Revenue<br>5050 Tennessee Street<br>Tallahassee, FL 32399-0120 | Home Depot<br>P.O. Box 6029<br>The Lakes, NV 88901 |
| Fedex<br>PO Box 94515<br>Palatine, IL 60094 | Florig<br>3830 Rose Lake Dr<br>Charlotte, NC 28217 | Hutcherson Auto Electric LLC<br>701 S 50th St<br>Tampa, FL 33619 |
| Fedex Freight East<br>2200 Forward Dr<br>Harrison, AR 72602 | Fontaine Modification Co<br>725 S. Jupiter<br>Garland, TX 75942 | Ideas Plus Inc<br>675 Bea Canyon Rd<br>Walnut, CA 91789 |
| Fedex National LTL<br>PO Box 95001<br>Lakeland, FL 33804 | Galbreath LLC<br>f/k/a Wastequip<br>461 E. Rosser Dr.<br>Winamac, IN 46996 | Industrial Solutions Carolin<br>701 Gervais St.<br>Columbia, SC 29201 |
| Fl Powertrain & Hydraulics<br>2265 W. Beaver St<br>Jacksonville, FL 33619 | Galbreath, LLC<br>461 E. Rosser Drive<br>Winamac, IN 46996 | Infra-Metals Co<br>5208 24th Ave S.<br>Tampa, FL 33619 |
| Fleet Pride Inc<br>3517 N 40th St<br>Tampa, FL 33605 | GCR Bartow Tire Center<br>625 W Main St., Ste 150-268<br>Bartow, FL 33830 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Interstate Battery of Tampa<br>1600 E Bush Blvd<br>Tampa, FL 33612 | Nu-Life Environmental, Inc.<br>PO Box 1527<br>Easley, SC 29641 | Raytrans Trucking<br>4747 Lincoln Mall Dr. #102<br>Matteson, IL 60443 |
| Interstate Billing Serv Inc<br>8111 E. Adamo Dr<br>Tampa, FL 33619 | O'brian Tarping Systems<br>2330 WombleE Brooks Rd E<br>Wilson, NC 27893 | RC Industries Inc<br>PO Box 1555<br>Elkhart, IN 46515 |
| John Anthony, Esq.<br>201 N Franklin St., Ste.1670<br>Tampa, FL 33602 | Part's Depot Inc.<br>1201 Old Hopewell Rd<br>Tampa, FL 33619 | RDK Development Corp<br>3214 Adamo Dr.<br>Tampa, FL 33605 |
| Kanawha Scales & Systems<br>100 Piper Land<br>Alabaster, AL 35007 | People's United Equip.Financ<br>f/k/a Financial Federal Cred<br>10715 David Taylor Dr.<br>Suite 550<br>Charlotte, NC 28262 | RDK Municipal Truck Cener<br>3214 Adamo Dr<br>Tampa, FL 33605 |
| MacFarlane,Ferguson&McMullen<br>One Tampa City Ctr Ste 2000<br>201 N. Franklin St.<br>Tampa, FL 33602 | Pioneer Cleaners<br>2312 S MacDill Ave<br>Tampa, FL 33629 | RDK Municipal Truck Center<br>3214 Adamo Dr.<br>Tampa, FL 33605 |
| Marco Fluid Power<br>Tampa West Industrial Park<br>7902 Hopi Place<br>Tampa, FL 33684 | Posey Distributing Co Inc<br>4319 N 40th St<br>Tampa, FL 33610 | Reassure America Life Ins<br>PO Box 19099<br>Newark, NJ 07195 |
| Marks Air Inc.<br>PO Box 16458<br>Tampa, FL 33687 | Premium Parts Sales<br>178 Old Anderson Hwy<br>Easley, SC 29642 | Reed Transport Services<br>PO Box 2527<br>Brandon, FL 33509 |
| Metaltek International<br>4180 S Creek Rd<br>Chattanooga, TN 37406 | Pricewaterhouse Coopers<br>PO Box 932011<br>Atlanta, GA 31193 | Reliable Transmission Serv<br>6613 78th St S<br>Brandon, FL 33569 |
| Newsome Oil Company<br>1702 Atlanta Ave<br>Orlando, FL 32806 | Radiant Oil of Tampa<br>1320 E 9th Ae<br>Tampa, FL 33675 | Richard D. Kemner<br>5107 N. Boulevard<br>Tampa, FL 33603 |

| | | |
|---|---|---|
| Ring Power Corp<br>500 World Commerce Pkwy<br>Saint Augustine, FL 32092 | Stepp's Towing Service<br>9602 E Hwy 92<br>Tampa, FL 33610 | Western Refuse & Recycling<br>3235 N Delaware St<br>Chandler, AZ 85225 |
| Rubin Bocanegra<br>3012 CorkRd<br>Plant City, FL 33565 | Stepp's Transportation<br>5014 N 56th St.<br>Tampa, FL 33610 | Wilson's Auto Repair<br>1396 US Highway 27 N. #B<br>Cynthiana, KY 41031 |
| Rudco Products Inc<br>114 E Oak Rd<br>Vineland, NJ 08360 | The Hauler<br>PO Box 508<br>New Hope, PA 18938 | Winzer Corporation<br>P.O. Box 671482<br>Dallas, TX 75267 |
| Saia Motor Freight<br>PO Box 730532<br>Dallas, TX 75373 | Tire Kingdom Inc<br>1014 S. US Hwy 301<br>Tampa, FL 33619 | Zep Manufacturing<br>2125 Interstate Dr. #6<br>Lakeland, FL 33805 |
| Schroeder Industries<br>580 W Park Rd<br>Leetsdale, PA 15056 | Tom Nehl--GMC Truck<br>417 S. Edgewood Ave<br>Jacksonville, FL 32254 | Zone Defense LLC<br>3018 22nd Ave S<br>St. Petersburg, FL 33712 |
| Screen Graphics of Florida<br>2801 MW 55 Court Bld 7W<br>Fort Lauderdale, FL 33309 | Tony & Son Trucking & Towing<br>3306 Sagasta St<br>Tampa, FL 33619 | |
| Sound Off Signal<br>PO Box 206<br>Hudsonville, MI 49426 | Toyota Motor Credit Corp<br>19001 S. Western Ave.<br>Torrance, CA 90509 | |
| Southeastern Freight Lines<br>PO Box 100104<br>Columbia, SC 29202 | U.S. Department of Labor<br>Occupational Safety & Health<br>Suite A<br>5807 Breckenridge Pkwy<br>Tampa, FL 33610 | |
| Star Engineering & Machine<br>1717 Lancaster St<br>Bluffton, IN 46714 | Wastequip Manufacturing Co<br>c/o Robert A. Colton, Esq.<br>Trenam Kemker, PA<br>PO Box 1102<br>Tampa, FL 33601 | |